UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DVAUGHN JACKSON, ABRAHAM VAZQUEZ, MORONI RODRIGUEZ, FABIO DE MELLO, ALLEN CLARK, and LORI MARTIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUZUKI MOTOR OF AMERICA, INC., and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 8:23-cv-02189-FWS-JDE<br><br>**JUDGMENT** |

This matter came before the court on Defendant Suzuki Motor of America, Inc.'s ("Defendant") Motion to Dismiss Plaintiffs Dvaughn Jackson, Abraham Vazquez, Moroni Rodriguez, Fabio De Mello, Allen Clark, and Lori Martin's Third Amended Complaint (Dkt. 44 ("Motion to Dismiss"), and Defendant's Motion to Strike Class Allegations (Dkt. 46 ("Motion to Strike"). On November 21, 2024, the court granted the Motion to Dismiss and denied as moot the Motion to Strike, dismissing Plaintiffs' Third Amended Complaint without leave to amend. (Dkt. 56

("MTD Order") at 11.)  On November 25, 2024, Defendant filed a request "that the Court enter judgment in a separate document" under Federal Rule of Civil Procedure 58(d).  (Dkt. 57.)

In accordance with the MTD Order, **IT IS HEREBY ORDERED** that judgment is **ENTERED** in this case in favor of Defendant and against Plaintiffs. Plaintiffs shall take nothing on their claims against Defendant in this case.

Dated:  November 26, 2024

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2